New York Breweries Company, Limited, Appellant, v. Edward P. Nichols and Others, Respondents.— Order modified as directed in opinion, and as modified affirmed, without costs.—

Per Curiam:  An extra allowance to parties defendant cannot exceed five per cent on amount involved.  If such defendants appear by separate attorneys, an extra allowance equal to five per cent may be apportioned between them, but cannot be allowed to each. (La ie v. Kennedy, 63 How. Pr. 237.)  On this motion for leave to discontinue, the court determined that there should be allowed to each party appearing an extra allowance of five per cent.  This was error, and the order should be so modified as to provide for an extra allowance of $125 to each defendant or set of defendants separately appearing, without costs.

The People of the State of New York ex rel. Thurber-Whyland Company, Appellant, v. Edward P. Barker and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.—

Per Curiam:  It does not seem to be necessary to decide the question as to whether, when an assessment is levied under section 1 of chapter 37 of the Laws of 1855, which provides for the levying of assessments on all sums invested in any manner in business by all persons and associations doing business in the State of New York, the general indebtedness of such person or association should be considered, because if debts are to be deducted from the sums invested in any manner in said business, then certainly outstanding credits must be considered.  For, in order to determine what debts are chargeable to capital, the moneys to be received and properly applicable to the payment of debts in the ordinary course of business must be taken into account.  Adopting this rule it follows that the assessment is correct. The order should be affirmed, with ten dollars costs and disbursements.

The Mercantile Deposit Company, Appellant, v. Charles L. Dimon, as Administrator, etc., Respondent.— Order reversed and motion for continuing injunction granted, with ten dollars costs and disbursements of this appeal, and ten dollars costs of motion in court below to abide final event of action.—

Per Curiam:  It satisfactorily appears to us that the Mercantile Safe Deposit Company cannot with safety to itself deliver the property, the subject-matter of this action, to either of the claimants.  Therefore, it has a right to maintain this action of interpleader and be protected from other claimr and litigations in respect to this property.  The order appealed from should be reversed and the motion for continuing the injunction granted,

with ten dollars costs and disbursements of this appeal, and ten dollars costs of the motion in the court below, to abide the final event of the action.

In the Matter of the Application of the Metropolitan Elevated R. R. Co., Respondent, to Acquire Title, etc., to 694 Sixth Avenue, etc., Owned by Hyman Israel, Appellant.— Award and order affirmed, with costs.